R. SHERRARD ELLIOT, JR., as Receiver of YOSEMITE HOLDING CORPORATION, Appellant, *v.* WALLACE GROVES, Respondent.

Argued November 13, 1944; decided January 16, 1945.

*William C. Scott* and *Donald W. Smith* for appellant.
*F. W. H. Adams, Abraham N. Geller* and *Bernard A. Saslow* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS and DESMOND, JJ. CONWAY and THACHER, JJ., dissent for the reasons stated in the dissenting opinion in *Equity Corp.* v. *Groves* (294 N. Y. 8), decided herewith.